RECEIVED
JUL 28 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.
NASHVILLE DIVISION

KEVIN RIGONOSCUSTO
PLAINTIFF

} NO. 3:26-CV-00(5[illegible])

V.

} SENT ON 7-16-2026

CHAD, YOUKER, CAPTAIN, IN INDIVIDUAL AND OFFICIAL CAP.

---

CONCERING CHAD YOUKER'S MOTION TO DISMISS

---

COMES NOW PLAINTIFF KEVIN RIGONOSCUSTO AND I SAY THAT I TOTALLY DISAGREE

① THE GREIEVENCE # 1011409 (10-16-2025) ON WILLIAMSON COUNTY JAIL KIOSK

② AND THE APPEAL # 1011774 (10-17-2025) ON WILLIAMSON COUNTY JAIL KIOSK

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents. Williamson County Sheriff's Office

LEGAL MAIL

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC MIX Envelope FSC® C137131

Kevin [illegible] #67115
408 Century Ct
Franklin TN 37064

NASHVILLE TN 370
24 JUL 2026 PM 6 L




RECEIVED
JUL 28 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk US District Court
719 Church St Suite 1300
Nashville TN 37203

37203-709525